**Opinion issued April 30, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-26-00315-CV**

_____

**THE METHODIST HOSPITAL RESEARCH INSTITUTE D/B/A HOUSTON METHODIST RESEARCH INSTITUTE, Appellant**

**V.**

**QUIANI BROWN, Appellee**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-44674**

**MEMORANDUM OPINION**

Appellant, The Methodist Hospital Research Institute *d/b/a* Houston Methodist Research Institute, has moved for voluntary dismissal of this appeal. *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal, and no opinion

has issued. Accordingly, we grant the motion and dismiss the appeal. *Id.* We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Gunn, Caughey, and Morgan.